**B1040 (FORM 1040) (12/15)**

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| American Express National Bank<br>c/o BECKET & LEE LLP<br>16 General Warren Boulevard, P.O. Box 3001<br>Malvern, PA  19355 | Robin Linus Lehner aka Robin L. Lehner and<br>Donya Tina Lehner aka Donya T. Lehner<br>9501 Balatta Canyon Ct.<br>Las Vegas, NV 8914 |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Elizabeth E. Stephens<br>SULLIVAN HILL REZ & ENGEL<br>228 South Fourth Street, First Floor<br>Las Vegas, NV  89101 // Telephone: 702-382-6440 | **ATTORNEYS** (If Known)<br>Zachariah Larson<br>LARSON & ZIRZOW, LLC<br>850 E. Bonneville Ave.<br>Las Vegas, NV 89101 // Telephone: (702) 382-1170 |
| **PARTY** (Check One Box Only)<br>□ Debtor         □ U.S. Trustee/Bankruptcy Admin<br>■ Creditor       □ Other<br>□ Trustee | **PARTY** (Check One Box Only)<br>■ Debtor         □ U.S. Trustee/Bankruptcy Admin<br>□ Creditor       □ Other<br>□ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(2)(C)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
□ 11-Recovery of money/property - §542 turnover of property
□ 12-Recovery of money/property - §547 preference
□ 13-Recovery of money/property - §548 fraudulent transfer
□ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
□ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
□ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
□ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
□ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
□ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
■ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
□ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

     **(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
□ 61-Dischargeability - §523(a)(5), domestic support
□ 68-Dischargeability - §523(a)(6), willful and malicious injury
□ 63-Dischargeability - §523(a)(8), student loan
□ 64-Dischargeability - §523(a)(15), divorce or separation obligation
    (other than domestic support)
□ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
□ 71-Injunctive relief – imposition of stay
□ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
□ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
□ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
□ 01-Determination of removed claim or cause

**Other**
□ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
□ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| □ Check if this case involves a substantive issue of state law | □ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| □ Check if a jury trial is demanded in complaint | Demand  $ $95,319.96 |

Other Relief Sought

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Robin Linus Lehner and Donya Tina Lehner | BANKRUPTCY CASE NO.<br>22-14616-nmc | |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE<br>Las Vegas | NAME OF JUDGE<br>Hon. Natalie M. Cox |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/ Elizabeth E. Stephens | | |
| DATE<br>April 4, 2023 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Elizabeth E. Stephens | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

1  Elizabeth E. Stephens NV Bar #5788
SULLIVAN HILL LEWIN REZ & ENGEL, APLC
2  228 South Fourth Street
First Floor
3  Las Vegas, NV  89101
Telephone: 702-382-6440
4  Facsimile: 702-384-9102
Email: stephens@sullivanhill.com
5

6  Attorney for Plaintiff, American Express National Bank

7                              UNITED STATES BANKRUPTCY COURT

8                       DISTRICT OF NEVADA – LAS VEGAS DIVISION

9  In re:   ROBIN LINUS LEHNER and          )  )  BANKRUPTCY NO. 22-14616-nmc
            DONYA TINA LEHNER,              )  )
10                                          )  )  CHAPTER 7
                                            )  )
11                    Debtors.              )  )
                                            )  )
12                                          )  )
                                            )  )
13  _____ )
    AMERICAN EXPRESS NATIONAL BANK,         )  )  ADVERSARY NO.
14                                          )  )
                    Plaintiff,              )  )
15                                          )  )
    ROBIN LINUS LEHNER aka ROBIN L.         )  )  COMPLAINT TO DETERMINE
16  LEHNER and DONYA TINA LEHNER aka        )  )  DISCHARGEABILITY OF DEBT
    DONYA T. LEHNER,                        )  )
17                                          )
                                            )
18                    Defendants.           )

19          Plaintiff, American Express National Bank ("American Express"), by and through its

20  counsel, hereby represents as follows:

21          1.      The Court has jurisdiction to hear this Complaint pursuant to 28 U.S.C. §157(a),

22  (b)(1), (b)(2)(I) (core proceeding), §1334(b) and 11 U.S.C. §523(c).

23          2.      In accordance with Fed. R. Bankr. P. 7008, American Express consents to the entry of

24  final orders and judgments by this Court.

25          3.      On December 30, 2022, Robin Linus Lehner aka Robin L. Lehner and Donya Tina

26  Lehner aka Donya T. Lehner ("the Defendants"), filed a Chapter 7 bankruptcy petition, commencing

27  the above case.

28

                                            - 1 -

4.      American Express National Bank is the holder of a claim against the above-captioned Defendants arising from card account number ****-******-*2008 ("the Account").

5.      The Account was opened by the Defendants on or about August 5, 2019.

6.      The balance on the Account as of the date of the filing of the Chapter 7 petition was $100,512.42.

7.      The terms and conditions of the Account Agreement between Defendants and American Express calls for the payment of all costs, including reasonable attorneys' fees, expended by American Express in the collection of the Account, which is hereby requested in the following count.

## FIRST COUNT

8.      Paragraphs 1 through 7 are hereby repeated and incorporated as if fully set forth herein.

9.      Between December 15, 2022 and December 29, 2022, the Defendants used their American Express card in seventy-seven (77) transactions totaling $106,774.32 for the purchase of goods and services on the Account.

10.     Of the transactions referenced in Paragraph 9, five (5) charges totaling $45,406.25 were incurred at AQUATIC TREASURES in Las Vegas, NV.

11.     Of the transactions referenced in Paragraph 9, one (1) charge in the amount of $15,029.99 was incurred at TOP SHELF AQUATICS INC in Winter Park, FL.

12.     Of the transactions referenced in Paragraph 9, two (2) charges totaling $19,102.39 were incurred at WPY*HEBSWAY LLC DBA AQUAT in Las Vegas, NV.

13.     Of the transactions referenced in Paragraph 9, three (3) charges totaling $11,490.06 were incurred at FARMER DIRECT MEATS in Niagara-on-the-Lake.

14.     Of the transactions referenced in Paragraph 9, two (2) charges totaling $2,106.30 were incurred for cash advances and related fees.

15.     According to the Statement of Financial of Affairs, the Defendants first paid for bankruptcy representation on December 7, 2022.  All of the charges referenced in Paragraph 9 were incurred after December 7, 2022.

- 2 -

Error! Unknown document property name.

16.     All of the charges referenced in Paragraph 9 were incurred on or within ninety (90) days of filing the bankruptcy petition and may be presumed nondischargeable pursuant to 11 U.S.C. §523(a)(2)(C). Additionally, the cash advances and service fees were incurred within 70 days of the filing date that may also be presumed nondischargeable.

17.     Prior to incurring the transactions referenced in Paragraph 9, the Account had a balance of $8,288.25, which was paid down to a negative balance of $11,448.67.

18.     The terms and conditions of the Account Agreement between the Defendants and American Express call for full payment of the charges due on the Account upon receipt of the monthly billing statement, with the exception of the Pay Over Time portion, which requires a minimum payment.

19.     No payments were made towards the transactions referenced in Paragraph 9.

20.     The Account had credits totaling $5.69.

21.     Payments and credits are applied in accordance with the terms and conditions of the Account Agreement for the Account between the Defendants and American Express.

22.     The Account had post-petition charges totaling $5,192.46. These charges are not at issue in this Complaint.

23.     Attached hereto as Exhibit "A" is the relevant portion of the account statements for the Account which reflect the charge activity alleged in this Complaint.

24.     According to Schedule F of the Defendants' bankruptcy petition, they have $25,640,744.33 in unsecured, nonpriority debt, $120,829 .00 of which appears to be credit/charge card debt.

25.     According to Schedule I of the Defendants' bankruptcy petition, they have monthly net income totaling $231,695.24.

26.     According to Schedule J of the Defendants' bankruptcy petition, their current monthly expenses total $52,509.00; this figure does not include payment on any credit/charge card debt.

27.     American Express asserts that, subjectively, the Defendants did not intend to honor their obligation to American Express to satisfy the Account.

- 3 -

28.     The Defendants have a certain level of financial sophistication as evidenced by the fact that they own real estate, own several businesses, make payments on multiple vehicles, pays for life and auto insurance, pays utilities and other household bills, and has maintained and used multiple credit/charge card accounts.

29.     The Defendants made multiple charges on ten (10) separate days.

30.     The Account activity at issue in Exhibit "A" represents a sudden change in Defendants' buying habits.

31.     Each and every time the Defendants incurred a charge or transaction, they were making an implied representation to American Express of their intent to repay the debt pursuant to the terms of the Account Agreement.

32.     However, American Express avers that when the Defendants made these representations, they knew they were false or, alternatively, they were made with such reckless disregard for the truth as to constitute willful misrepresentations.

33.     When the Defendants obtained the goods and services identified in Exhibit "A", they knew or reasonably should have known of their inability to repay the debt such that they were aware of the falsity of their representations to American Express.

34.     The Defendants made the misrepresentations with the intention and purpose of deceiving American Express.

35.     At the time of posting the above-referenced charges to the Account, the Defendants were cardmembers in good standing and had a credit history with American Express, such that, American Express justifiably relied on the Defendants' misrepresentations as to their intent to repay.

36.     As the proximate result of extending credit based on the Defendants' misrepresentations, American Express has sustained loss and damage in the amount of $95,319.96.

37.     American Express asserts that, when the transactions at issue were incurred, the Defendants were misrepresenting their intent and ability to repay American Express as required by the terms of the Account Agreement for the Account.

38.     A portion of the balance of the Account in the amount of $95,319.96 was incurred by the Defendants with knowledge of their inability to repay the debt.

- 4 -

Error! Unknown document property name.

39.     A portion of the balance of the Account in the amount of $95,319.96 was incurred by the Defendants without the intent to repay it.

40.     The Defendants incurred a portion of the balance of the Account in the amount of $95,319.96 through false pretenses, a false representation, or actual fraud.

41.     For the foregoing reasons, a portion of the balance of the Account in the amount of $95,319.96 is nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A).

42.     For the foregoing reasons, a portion of the balance of the Account in the amount of $95,319.96 is nondischargeable pursuant to 11 U.S.C. §523(a)(2)(C).

WHEREFORE, Plaintiff, American Express National Bank prays this Honorable Court for a nondischargeable judgment pursuant to 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(2)(C) against Defendants, Robin Linus Lehner aka Robin L. Lehner and Donya Tina Lehner aka Donya T. Lehner, in the amount of $95,319.96 plus attorneys' fees and costs, and any other such relief as the Court may deem appropriate.

Dated: ___April 4_____, 2023     BY: _____

Elizabeth E. Stephens NV Bar #5788
SULLIVAN HILL LEWIN REZ & ENGEL, PLC
228 South Fourth Street, First Floor
Las Vegas, NV  89101
Telephone: 702-382-6440
Facsimile: 702-384-9102
Email: stephens@sullivanhill.com

- 5 -

Error! Unknown document property name.

Elizabeth E. Stephens NV Bar #5788
SULLIVAN HILL REZ & ENGEL
228 South Fourth Street
First Floor
Las Vegas, NV  89101
Telephone: 702-382-6440
Facsimile: 702-384-9102
stephens@sullivanhill.com

Attorney for Plaintiff, American Express National Bank

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA – LAS VEGAS DIVISION**

| | |
|---|---|
| In re:   ROBIN LINUS LEHNER and<br>DONYA TINA LEHNER,<br><br>Debtors.<br>_____<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>Plaintiff,<br><br>ROBIN LINUS LEHNER aka ROBIN L.<br>LEHNER and DONYA TINA LEHNER aka<br>DONYA T. LEHNER,<br><br>Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BANKRUPTCY NO. 22-14616-nmc<br><br>CHAPTER 7<br><br><br><br>ADVERSARY NO.<br><br><br><br>**CORPORATE OWNERSHIP STATEMENT** |

American Express National Bank, a national bank, is a wholly owned subsidiary of AMEX

TRS Co., Inc., a New York corporation which is wholly owned by American Express Company, a

New York corporation which is publicly owned and traded.

Respectfully Submitted,
Counsel for American Express,

Dated: April 4, 2023          By:   _Elizabeth E. St_____

Elizabeth E. Stephens NV Bar #5788

# EXHIBIT A



**EXHIBIT A, PAGE 10**
p. 1/10

**Platinum Card®**

ROBIN L LEHNER
Closing Date 01/15/23
Account Ending ▮ 2008



| Customer Care: | 1-800-525-3355 |
|---|---|
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| New Balance | $100,145.96 |
|---|---|
| **Payment Due Date** | **02/09/23** |

**Late Payment Warning:** If we do not receive your payment by the Payment Due Date of 02/09/23 , you may have to pay a late fee of up to $40.00.

---

📄 See page 2 for important information about your account.

📄 Please refer to the **IMPORTANT NOTICES** section on **page 9.**

📄 For more information on your Pay Over Time Limit and your purchasing options, please see **page 8**

ℹ️ Please note, your preset spending limit is $100,000.00. You have spent $100,145.96.

## Membership Rewards® Points
Available and Pending as of 12/31/22
**703,177**
For up to date point balance and full program details, visit **membershiprewards.com**

## Account Summary

**Pay In Full**
| Previous Balance | $8,288.25 |
|---|---|
| Payments/Credits | -$17,636.31 |
| New Charges | +$109,494.02 |
| Fees | +$0.00 |
| New Balance      = | $100,145.96 |

**Pay Over Time and/or Cash Advance**
| Previous Balance | $0.00 |
|---|---|
| Payments/Credits | -$2,106.30 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$2,006.00 |
| Fees | +$100.30 |
| Interest Charged | +$0.00 |
| New Balance      = | $0.00 |
| Minimum Due | $0.00 |

**Account Total**
| **Previous Balance** | **$8,288.25** |
|---|---|
| Payments/Credits | -$19,742.61 |
| New Charges | +$109,494.02 |
| New Cash Advances | +$2,006.00 |
| Fees | +$100.30 |
| Interest Charged | +$0.00 |
| **New Balance** | **$100,145.96** |

| **Pay Over Time Limit** | $2,000.00 |
|---|---|
| **Available Pay Over Time Limit** | $2,000.00 |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

✉ **Payment Coupon**
Do not staple or use paper clips

🖥 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending** ▮ 2008
Enter 15 digit account # on all payments.
Make check payable to American Express.

ROBIN L LEHNER
9501 BALATTA CYN CT
LAS VEGAS NV 89144-0837

Payment Due Date
**02/09/23**

Amount Due
**$100,145.96**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000




**EXHIBIT A, PAGE 10**

 **Platinum Card®**

ROBIN L LEHNER
Closing Date 01/15/23



**EXHIBIT A, PAGE 11**
p. 3/10

Account Ending ▮2008

| 📞 | **Customer Care & Billing Inquiries** | **1-800-525-3355** |
|---|---|---|
| | International Collect | 1-954-473-2123 |
| | Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| | **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

| 🖥 | **Website:** americanexpress.com |
|---|---|

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 96001
LOS ANGELES CA
90096-8000

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time / Cash Advance ♦ | Total |
|---|---|---|---|
| **Payments** | -$17,630.62 | -$2,106.30 | -$19,736.92 |
| **Credits** | | | |
| ROBIN L LEHNER ▮2008 | -$5.69 | $0.00 | -$5.69 |
| **Total Payments and Credits** | **-$17,636.31** | **-$2,106.30** | **-$19,742.61** |

### Detail    *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 12/22/22* | ROBIN L LEHNER | MOBILE PAYMENT - THANK YOU | -$19,736.92 |

| Credits | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 12/30/22 | ROBIN L LEHNER | DEUTSCHE LUFTHANSA AG<br>Koeln          SW<br>DEUTSCHE LUFTHANSA AG<br>Ticket Number: 22040029067590<br>Passenger Name: LEHNER/MICHAEL MR<br>Document Type: PASSENGER TICKET | 59,00<br>Swedish Kronas | -$5.69 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| ROBIN L LEHNER ▮2008 | $101,652.88 | $0.00 | $101,652.88 |
| DONYA T LEHNER ▮5019 | $7,841.14 | $0.00 | $7,841.14 |
| **Total  New Charges** | **$109,494.02** | **$0.00** | **$109,494.02** |

### Detail

**ROBIN L LEHNER**
Card Ending ▮2008

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 12/15/22 | DROPBOX*2P3SK9ZYJPJJ<br>4159867057 | SAN FRANCISCO | CA | $196.20 |
| 12/15/22 | AplPay DOORDASH*THE STAND<br>+16506819470 | SAN FRANCISCO | CA | $95.69 |
| 12/15/22 | DOORDASH DASHPASS<br>+16506819470 | SAN FRANCISCO | CA | $9.99 |
| 12/16/22 | AplPay SWA INFLIGHT WIFI<br>INFLIGHT EN | 800-435-9792 | CA | $8.00 |
| 12/16/22 | BURBANK AIRPORT FOOD & BE 650000011981<br>5162561788 | BURBANK | CA | $65.00 |

Continued on reverse

ROBIN L LEHNER

Account Ending ▮2008

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 12/16/22 | AQUATIC TREASURES<br>702-706-7333 | LAS VEGAS | NV | | $2,338.63 |
| 12/17/22 | AplPay ETSY.COM<br>MISC APPAREL STORE | NEW YORK | | | $720.76 |
| 12/18/22 | AplPay ETSY.COM<br>MISC APPAREL STORE | NEW YORK | | | $149.95 |
| 12/18/22 | AplPay DOORDASH*NORTH ITALIA<br>+16506819470 | SAN FRANCISCO | CA | | $104.30 |
| 12/19/22 | LAS VEGAS COMM SV<br>CABLE SVCS | LAS VEGAS | NV | | $355.51 |
| 12/19/22 | THE HOME DEPOT<br>800-654-0688 | LAS VEGAS | NV | | $129.97 |
| 12/19/22 | AplPay APPLE ONLINE STORE<br>ELECTRONICS STORE | CUPERTINO | CA | | $387.23 |
| 12/19/22 | VENNGAGE.COM<br>+18552843855 | TORONTO | | | $147.00 |
| 12/20/22 | SAFECO CORPORATION<br>INSURANCE SALES | BOSTON | MA | | $2,019.65 |
| 12/20/22 | NRBN - NIAGARA REGIONA NRBN - NIAGARA<br>CABLE & PAY TV | NIAGARA FALLS | | 430.67<br>Canadian Dollars | $317.18 |
| 12/21/22 | REPUBLIC SERVICES TRASH<br>039479866 85054<br>UTILITIES | PHOENIX | AZ | | $50.72 |
| 12/21/22 | CHEVRON 0386287/CHEVRON<br>CONVENIENCE STORE | LAS VEGAS | NV | | $7.59 |
| 12/21/22 | CHEVRON 0386287/CHEVRON<br>CONVENIENCE STORE | LAS VEGAS | NV | | $86.82 |
| 12/21/22 | AQUATIC TREASURES<br>702-706-7333 | LAS VEGAS | NV | | $15,000.00 |
| 12/22/22 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | | $9.99 |
| 12/22/22 | WPY*HEBSWAY LLC DBA AQUAT 1822664023<br>855-999-3729 | LAS VEGAS | NV | | $5,473.11 |
| 12/22/22 | FSP*REDBOX+ LAS VEGAS 000005593<br>7028794977 | LAS VEGAS | NV | | $449.00 |
| 12/23/22 | SLACK TV22FR6P3<br>+14155799153 | SAN FRANCISCO | CA | | $16.35 |
| 12/23/22 | AplPay DOORDASH*BUFFALO WILD<br>+16506819470 | SAN FRANCISCO | CA | | $76.32 |
| 12/23/22 | BLUE REEF AQUATICS 000000001<br>7022527333 | NORTH LAS VEG | NV | | $816.00 |
| 12/23/22 | AQUATIC TREASURES<br>702-706-7333 | LAS VEGAS | NV | | $478.89 |
| 12/27/22 | FARMER DIRECT MEATS<br>squareup.com/receipts | Niagara-on-the-Lake | | 1,200.00<br>Canadian Dollars | $884.11 |
| 12/27/22 | CHEVRON 0200318/CHEVRON<br>SERVICE STN | LAS VEGAS | NV | | $5.18 |
| 12/27/22 | AQUATIC TREASURES<br>702-706-7333 | LAS VEGAS | NV | | $1,034.86 |
| 12/29/22 | FARMER DIRECT MEATS<br>squareup.com/receipts | Niagara-on-the-Lake | | 4,500.00<br>Canadian Dollars | $3,337.54 |
| 12/29/22 | FARMER DIRECT MEATS<br>squareup.com/receipts | Niagara-on-the-Lake | | 9,800.00<br>Canadian Dollars | $7,268.41 |
| 12/29/22 | AplPay DOORDASH DASHPASS<br>+16506819470 | SAN FRANCISCO | CA | | $59.00 |

Continued on next page



**Platinum Card®**

ROBIN L LEHNER
Closing Date 01/15/23



p. 5/10

Account Ending ⬛2008

---

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 12/29/22 | WPY*HEBSWAY LLC DBA AQUAT 1822664023<br>855-999-3729 | LAS VEGAS | NV | | $13,629.28 |
| 12/29/22 | TOP SHELF AQUATICS INC<br>407-677-7333 | WINTER PARK | FL | | $15,029.99 |
| 12/29/22 | AQUATIC TREASURES<br>702-706-7333 | LAS VEGAS | NV | | $26,553.87 |

| 12/30/22 | DEUTSCHE LUFTHANSA AG<br>DEUTSCHE LUFTHANSA AG | Koeln | SW | 35.936,00<br>Swedish Kronas | $3,465.72 |
|---|---|---|---|---|---|

From: | To: | Carrier: | Class:
GOTHENBURG LANDVET | FRANKFURT INTERNAT | LH | 00
 | DENVER INTL APT | LH | 00
 | LAS VEGAS MCCARRAN | UA | 00
 | DENVER INTL APT | LH | 00
Ticket Number: 22024875547490 | | Date of Departure: 12/31
Passenger Name: LEHNER/MICHAEL MR
Document Type: PASSENGER TICKET

| 12/30/22 | DEUTSCHE LUFTHANSA AG<br>DEUTSCHE LUFTHANSA AG | Koeln | SW | 6.000,00<br>Swedish Kronas | $578.65 |
|---|---|---|---|---|---|

From: | To: | Carrier: | Class:
GOTHENBURG LANDVET | FRANKFURT INTERNAT | LH | 00
 | LAS VEGAS MCCARRAN | LH | 00
 | DENVER INTL APT | LH | 00
 | MUNICH FRANZ JOSEP | LH | 00
Ticket Number: 22024875547510 | | Date of Departure: 12/30
Passenger Name: LEHNER/MICHAEL MR
Document Type: PASSENGER TICKET

| 12/30/22 | DEUTSCHE LUFTHANSA AG<br>DEUTSCHE LUFTHANSA AG | Koeln | SW | 189,00<br>Swedish Kronas | $18.23 |
|---|---|---|---|---|---|

From: | To: | Carrier: | Class:
MUNICH FRANZ JOSEP | GOTHENBURG LANDVET | LH | 00
Ticket Number: 22040029067570
Passenger Name: LEHNER/MICHAEL MR
Document Type: PASSENGER TICKET

| 12/30/22 | DEUTSCHE LUFTHANSA AG<br>DEUTSCHE LUFTHANSA AG<br>Ticket Number: 22040029067580<br>Passenger Name: LEHNER/MICHAEL MR<br>Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH. | Koeln | SW | 2.781,00<br>Swedish Kronas | $268.20 |
|---|---|---|---|---|---|
| 01/11/23 | CHECKEEPER MONTHLY FEE<br>+18555133646 | GREENVILLE | SC | | $9.99 |

---

**DONYA T LEHNER**
Card Ending ⬛5019

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 12/15/22 | SP JBW DIAMOND WATCH<br>8664081600 | DALLAS | TX | | $198.54 |
| 12/16/22 | SP JAMES ORO<br>+12133765365 | NORTHRIDGE | CA | | $189.66 |
| 12/16/22 | AplPay DOMINO'S PIZZA<br>7349303030<br>FAST FOOD REST. | LAS VEGAS | NV | | $78.00 |
| 12/16/22 | PAYPAL *JUNIPER<br>6136906259 | 6136906259 | CA | | $457.26 |
| 12/16/22 | PAYPAL *SKINCEUTICA<br>8007719489 | 8007719489 | NJ | | $305.61 |
| 12/17/22 | SPROUTS FARMERS MKT<br>9999999999 | LAS VEGAS | NV | | $182.84 |

Continued on reverse

ROBIN L LEHNER                                Account Ending ▮2008

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 12/18/22 | AplPay APPLE ONLINE STORE ELECTRONICS STORE | CUPERTINO | CA | | $2,400.84 |
| 12/18/22 | AplPay APPLE ONLINE STORE ELECTRONICS STORE | CUPERTINO | CA | | $278.85 |
| 12/18/22 | PUBLIC WORKS COFFEE BAR 0000 725-223-3990 | LAS VEGAS | NV | | $2.71 |
| 12/18/22 | SP DIFF EYEWEAR +13103545929 | GARDENA | CA | | $75.85 |
| 12/19/22 | PAYPAL *USCUSTOMSBO 8772275511 | 8772275511 | OH | | $21.00 |
| 12/19/22 | SP HOUSE OF JEWELS M +13059753075 | MIAMI | FL | | $41.18 |
| 12/20/22 | SP MANSSION +16233326823 | GLENDALE | AZ | | $91.04 |
| 12/20/22 | SP KARMA&LUCK +17028681438 | LAS VEGAS | NV | | $27.65 |
| 12/20/22 | SP MFLEL LLC 8609144501 | MIDDLETOWN | CT | | $13.55 |
| 12/20/22 | PP*METAPAY -FANTAS buy.ig.me | BUY.IG.ME | FL | | $50.94 |
| 12/20/22 | PAYPAL *SHEIN 17135246286 | 17135246286 | DE | | $8.32 |
| 12/20/22 | SP NUHAVAN BEAUTY +19099961466 | BEAUMONT | CA | | $26.53 |
| 12/20/22 | SP GOLD PRESIDENTS +18882147692 | DALLAS | TX | | $65.03 |
| 12/21/22 | SP ORDER 6266006589 | CITY OF INDUSTRY | CA | | $63.94 |
| 12/21/22 | SP YUMIYU +17864056803 | MIAMI | FL | | $112.17 |
| 12/22/22 | SP MARISSA COLLECTIONS 8005816641 | NAPLES | FL | | $319.71 |
| 12/22/22 | PP*METAPAY -ACCESS buy.ig.me | BUY.IG.ME | GA | | $31.41 |
| 12/23/22 | SP HANACURE 3109559997 | LAS VEGAS | NV | | $37.92 |
| 12/23/22 | Amazon Prime SHIPPINGCLUB | Amazon.com | WA | | $14.99 |
| 12/23/22 | ZAYTOON MEDITERRANEAN MARKET 7026851875 | LAS VEGAS | NV | | $286.76 |
| 12/24/22 | STARBUCKS STORE 0579 FAST FOOD RESTAURANT | LAS VEGAS | NV | | $13.46 |
| 12/24/22 | TARGET     012070 09100012070 612-3044357 | LAS VEGAS | NV | | $195.06 |
| 12/24/22 | T J MAXX 10001701 DISCOUNT STORES | LAS VEGAS | NV | | $599.15 |
| 12/24/22 | AplPay DOMINO'S PIZZA 7349303030 FAST FOOD REST. | LAS VEGAS | NV | | $34.31 |
| 12/24/22 | AplPay DOMINO'S PIZZA 7349303030 FAST FOOD REST. | LAS VEGAS | NV | | $128.40 |
| 12/24/22 | SP BLUSHING BRUNETTE +17065051026 | PHENIX CITY | AL | | $35.75 |

Continued on next page





**Platinum Card®**

ROBIN L LEHNER
Closing Date 01/15/23

Account Ending ▮2008

---

## Detail Continued

| Date | Description | Location | | Foreign<br>Spend | Amount |
|------|-------------|----------|----|------|--------|
| 12/26/22 | SP RELLERY<br>+12037367750 | WARWICK | RI | | $167.98 |
| 12/26/22 | SP ORDER<br>6266006589 | CITY OF INDUSTRY | CA | | $30.24 |
| 12/26/22 | PAYPAL *AROMA360COM<br>3058000360 | 3058000360 | FL | | $85.87 |
| 12/27/22 | MICROSOFT*SUBSCRIPTION<br>Z51YMDUI5DKU 98052 | MSBILL.INFO | | | $14.99 |
| 12/27/22 | MICROSOFT*SUBSCRIPTION<br>Z521MDFIIM4Y 98052 | MSBILL.INFO | | | $16.30 |
| 12/28/22 | AplPay SP CLEARLY LOVED PET<br>5617066262 | CARBONDALE | CO | | $519.00 |
| 12/28/22 | PP*METAPAY -BENEFI<br>buy.ig.me | BUY.IG.ME | CA | | $16.26 |
| 12/29/22 | IC* INSTACART<br>+18882467822 | SAN FRANCISCO | CA | | $116.82 |
| 12/30/22 | SP ORDER<br>6266006589 | CITY OF INDUSTRY | CA | | $48.77 |
| 12/31/22 | SP BANDOLIERSTYLE<br>+18007819177 | LOS ANGELES | CA | | $23.41 |
| 01/01/23 | SP ORDER<br>6266006589 | CITY OF INDUSTRY | CA | | $39.99 |
| 01/02/23 | SP LAYERS OF JEWLERY<br>+16176579431 | QUINCY | MA | | $41.98 |
| 01/02/23 | SP CAPE DIABLO<br>+18003452677 | CLAYMONT | DE | | $42.43 |
| 01/03/23 | NETFLIX.COM<br>CABLE & PAY TV | AMSTERDAM | NL | 179,00<br>Swedish Kronas | $17.16 |
| 01/05/23 | SP RODEO DURANGO<br>+15623633021 | WHITTIER | CA | | $41.72 |
| 01/05/23 | SP CHVKER<br>4432485375 | HOUSTON | TX | | $37.88 |
| 01/08/23 | SP VANESSA MOONEY<br>+13239820200 | LOS ANGELES | CA | | $92.32 |
| 01/08/23 | SP ORDER<br>6266006589 | CITY OF INDUSTRY | CA | | $29.15 |
| 01/11/23 | SP ARMITRON<br>7187840700 | LITTLE NECK | NY | | $70.44 |

---

## Cash Advances

♦ - denotes Pay Over Time and/or Cash Advance activity

| Date | | | Amount |
|------|---|---|--------|
| 12/28/22 | ROBIN L LEHNER | 7255 S Rainbow Blvd<br>Las Vegas        NV<br>Cash Advance Transaction | $1,003.00 ♦ |
| 12/28/22 | ROBIN L LEHNER | *SOUTH RAINBOW<br>LAS VEGAS        NV<br>Cash Advance Transaction | $1,003.00 ♦ |
| **Total Cash Advances for this Period** | | | **$2,006.00** |

EXHIBIT A, PAGE 16

ROBIN L LEHNER                               Account Ending ▊ 2008                                            p. 8/10

---

## Fees

♦ - denotes Pay Over Time and/or Cash Advance activity

|  |  |  | Amount |
|---|---|---|---|
| 12/28/22 | ROBIN L LEHNER | CASH ADVANCE FEE<br>7255 S Rainbow Blvd Las V<br>$1003.00 | $50.15 ♦ |
| 12/28/22 | ROBIN L LEHNER | CASH ADVANCE FEE<br>*SOUTH RAINBOW LAS VEGAS<br>$1003.00 | $50.15 ♦ |

**Total Fees for this Period** **$100.30**

---

## Interest Charged

|  | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

---

## 2023 Fees and Interest Totals Year-to-Date

|  | Amount |
|---|---|
| Total Fees in 2023 | $100.30 |
| Total Interest in 2023 | $0.00 |

---

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time | 08/01/2020 | | 27.24% (v) | $0.00 | $0.00 |
| Cash Advances | 08/05/2019 | | 29.49% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |

(v) Variable Rate

---

### Information on Pay Over Time and Purchasing Options

#### Pay Over Time Limit: $2,000.00

The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spend limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

#### Available Pay Over Time Limit

Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that you can add to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able use your Available Pay Over Time Limit.

EXHIBIT A, PAGE 16



**Platinum Card®**

ROBIN L LEHNER
Closing Date 02/12/23
Account Ending ▉2008



p. 1/5

**Customer Care:** 1-800-525-3355
**TTY:** Use Relay 711
**Website:** americanexpress.com

---

| New Balance | $100,512.42 |
|---|---|
| Includes the past due amount of $100,145.96 | |
| **Payment Due Date** | **03/09/23** |

**Membership Rewards® Points**
Available and Pending as of 01/31/23
**126,789**
For up to date point balance and full program
details, visit **membershiprewards.com**

---

See page 2 for important information about your account.

(i) Your account is cancelled.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

For more information on your Pay Over Time Limit and your purchasing options, please see **page 4**

(i) Please note, your preset spending limit is $0.00. You have spent $100,512.42.

**American Express® High Yield Savings Account**
No monthly fees. No minimum opening monthly deposit. 24/7 customer support. FDIC insured. Meet your savings goals faster with an American Express High Yield Savings Account. Terms apply. Learn more by visiting **americanexpress.com/savenow**

## Account Summary

| Pay In Full | | |
|---|---|---|
| Previous Balance | | $100,145.96 |
| Payments/Credits | | -$0.00 |
| New Charges | | +$366.46 |
| Fees | | +$0.00 |
| New Balance | = | $100,512.42 |

| Pay Over Time and/or Cash Advance | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments/Credits | | -$0.00 |
| New Pay Over Time Charges | | +$0.00 |
| New Cash Advances | | +$0.00 |
| Fees | | +$0.00 |
| Interest Charged | | +$0.00 |
| New Balance | = | $0.00 |
| Minimum Due | | $0.00 |

| Account Total | |
|---|---|
| **Previous Balance** | **$100,145.96** |
| Payments/Credits | -$0.00 |
| New Charges | +$366.46 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$100,512.42** |

| Pay Over Time Limit | $2,000.00 |
|---|---|
| Available Pay Over Time Limit | $2,000.00 |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending ▉2008
Enter 15 digit account # on all payments.
Make check payable to American Express.

ROBIN L LEHNER
9501 BALATTA CYN CT
LAS VEGAS NV 89144-0837

Payment Due Date
**03/09/23**

Amount Due
**$100,512.42**

See reverse side for instructions
on how to update your address,
phone number, or email.

AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY CA 91716-0189

 **Platinum Card®**

ROBIN L LEHNER
Closing Date 02/12/23



p. 3/5

Account Ending ▮ 2008

| Customer Care & Billing Inquiries | |
|---|---|
|  Customer Care & Billing Inquiries | 1-800-525-3355 |
| International Collect | 1-954-473-2123 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | 1-800-525-3355 |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

**Website:** americanexpress.com

**Customer Care
& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 60189
CITY OF INDUSTRY
CA
91716-0189

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| ROBIN L LEHNER ▮ 2008 | $206.19 | $0.00 | $206.19 |
| DONYA T LEHNER ▮ 5019 | $160.27 | $0.00 | $160.27 |
| **Total New Charges** | **$366.46** | **$0.00** | **$366.46** |

### Detail

**ROBIN L LEHNER**
Card Ending ▮ 2008

| | | | | Amount |
|---|---|---|---|---|
| 01/15/23 | DROPBOX*TT4B24LKRJ3W 4159867057 | SAN FRANCISCO | CA | $196.20 |
| 01/15/23 | DOORDASH DASHPASS +16506819470 | SAN FRANCISCO | CA | $9.99 |

**DONYA T LEHNER**
Card Ending ▮ 5019

| | | | | Amount |
|---|---|---|---|---|
| 01/13/23 | SP CYNTHIA ROWLEY +12122420847 | NEW YORK | NY | $79.18 |
| 01/15/23 | PP*METAPAY -NLS JE buy.ig.me | BUY.IG.ME | NY | $20.57 |
| 01/16/23 | PP*METAPAY -NLS JE buy.ig.me | BUY.IG.ME | NY | $13.97 |
| 01/17/23 | PP*METAPAY -TRENDY buy.ig.me | BUY.IG.ME | NV | $24.90 |
| 01/17/23 | PP*METAPAY -TRENDY buy.ig.me | BUY.IG.ME | NV | $21.65 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

Continued on reverse

ROBIN L LEHNER                    Account Ending ▮ 2008                    p. 4/5

## Interest Charged

|  | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

|  | Amount |
|---|---|
| Total Fees in 2023 | $100.30 |
| Total Interest in 2023 | $0.00 |

## Interest Charge Calculation

Days in Billing Period: 28

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

|  | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
|  | From | To |  |  |  |
| Pay Over Time | 08/01/2020 |  | 27.49% (v) | $0.00 | $0.00 |
| Cash Advances | 08/05/2019 |  | 29.74% (v) | $0.00 | $0.00 |
| **Total** |  |  |  |  | **$0.00** |

(v) Variable Rate

### Information on Pay Over Time and Purchasing Options

**Pay Over Time Limit: $2,000.00**
The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spend limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that you can add to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able use your Available Pay Over Time Limit.